UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| FRED NEKOUEE, individually, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Case No. 4:19-cv-00002-AGF |
| | : | |
| OLD NAVY, LLC, a Delaware limited liability company; | : | |
| | : | |
| THE GAP, INC., a Delaware corporation; | : | |
| | : | |
| DOLGENCORP, LLC, a Kentucky limited liability company; | : | |
| | : | |
| and | : | |
| | : | |
| SOUTH LAKEVIEW PLAZA I, L.L.C., a Missouri limited liability company; | : | |
| | : | |
| Defendants. | : | |
| _____ | / | |

## NOTICE OF SETTLEMENT

Plaintiff, Fred Nekouee, by and through his undersigned counsel, hereby advises the Court that the remaining Defendants DOLGENCORP, LLC and SOUTH LAKEVIEW PLAZA I, LLC have reached a settlement in principle with Plaintiff Fred Nekouee.  Said parties expect to finalize the settlement in the next 7 days.

Respectfully submitted,

s/Robert J. Vincze
Robert J. Vincze (MO #37687)
Law Offices of Robert J. Vincze
PO Box 792 Andover, Kansas 67002
Phone: 303-204-8207
Email: vinczelaw@att.net
*Attorney for Plaintiff Fred Nekouee*

1

## **CERTIFICATE OF SERVICE**

    I certify that on August 20, 2019, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system.

s/Robert J. Vincze (MO #37687)