UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| Plaintiff, | : |
| vs. | : Case No. 4:19-cv-00002-AGF |
| OLD NAVY, LLC, a Delaware limited liability company; | : |
| THE GAP, INC., a Delaware corporation; | : |
| DOLGENCORP, LLC, a Kentucky limited liability company; | : |
| and | : |
| SOUTH LAKEVIEW PLAZA I, L.L.C., a Missouri limited liability company; | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and the remaining Defendants DOLGENCORP, LLC and SOUTH LAKEVIEW PLAZA I, LLC, by and through their respective counsel, hereby stipulate to the dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as the parties have entered into a Settlement Agreement. Except as otherwise agreed, each party to bear its own costs.

DATE:  August 23, 2019

Respectfully submitted,

*s/Robert J. Vincze*
Robert J. Vincze (MO #37687)
Law Offices of Robert J. Vincze
PO Box 792, Andover, Kansas 67002
Phone: 303-204-8207; Email: vinczelaw@att.net

*Attorney for Plaintiff Fred Nekouee*

*s/Bryan m. Kaemmerer*
Bryan M. Kaemmerer
McCarthy, Leonard & Kaemmerer, L.C.
825 Maryville Centre Drive, Suite 300
Town and Country, MO 63017-5946
Phone: 314-392-5200
Email: bkaemmerer@mlklaw.com

*Attorneys for Defendant South Lakeview Plaza I, LLC*


*s/Thomas O. McCarthy*
Thomas O. McCarthy (MO #22636)
McMahon Berger, P.C.
2730 N. Ballas Road, Suite 200
St. Louis, Missouri 63131-3039
Phone: 314-567-7350
Email: mccarthy@mcmahonberger.com

and

*s/Amy M. Turk*
Amy M. Turk
McGuireWoods LLP
101 West Main Street
Suite 9000
Norfolk, Virginia 23510-1655
Phone: 757-640-3700
Email: aturk@mcguirewoods.com

*Attorneys for Dolgencorp, LLC*


## **CERTIFICATE OF SERVICE**

    I certify that on August 23, 2019, I electronically filed the foregoing Stipulation with the Clerk of the Court using the CM/ECF system.

                                s/Robert J. Vincze (MO #37687)